UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELSA RAMOS
_____

_____
*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Millennium Partners Sports Club Management LLC,
_____
*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. Typically, the company or organization named in your charge to the Equal Employment Opportunity Commission should be named as a defendant. Addresses should not be included here.)*

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/29/12

AMENDED
COMPLAINT
FOR EMPLOYMENT
DISCRIMINATION

Jury Trial: ☑ Yes ☐ No
*(check one)*

12 Civ. 1311 LAP

This action is brought for discrimination in employment pursuant to: *(check only those that apply)*

_____ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).
*NOTE: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

_____ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 - 634.
*NOTE: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.*

_____ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 - 12117.
*NOTE: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

_____ New York State Human Rights Law, N.Y. Exec. Law §§ 290 to 297 (age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic chacteristics, marital status).

_____ New York City Human Rights Law, N.Y. City Admin. Code §§ 8-101 to 131 (actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status).

RECEIVED
MAY 29 2012
PRO SE OFFICE

*Rev. 07/2007*                                                1

I.  **Parties in this complaint:**

A.  List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name _ELSA RAMOS_
Street Address _807 ninth avenue apt 2B_
County, City _Manhattan, new york city_
State & Zip Code _New York    10019_
Telephone Number _646-318-2669    646-570.8214_

B.  List all defendants' names and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant    Name _Millennium Partners Sports Club mgmt_
Street Address _172 tremont street_
County, City _Boston_
State & Zip Code _Massachusetts 02111_
Telephone Number _617-476-8910_

C.  The address at which I sought employment or was employed by the defendant(s) is:

Employer _Reebok Sports Club, N.Y._
Street Address _160 Columbus avenue_
County, City _Manhattan, new york city_
State & Zip Code _New York 10023_
Telephone Number _(212) 362-6800_
_212 501-1449_

II.  **Statement of Claim:**

State as briefly as possible the facts of your case, including relevant dates and events. Describe how you were discriminated against. If you are pursuing claims under other federal or state statutes, you should include facts to support those claims. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.  The discriminatory conduct of which I complain in this action includes: *(check only those that apply)*

   ____ Failure to hire me.

   ✓ Termination of my employment.

   ✓ Failure to promote me.

   ✓ Failure to accommodate my disability.

   ✓ Unequal terms and conditions of my employment.

   ✓ Retaliation.

*Rev. 07/2007*                                2

see attach

Ian Tooley
160 Columbus Avenue
67th street
New York, N.Y. 10023
(Housekeeping Supervisor) manager
Phone: 212 501-1449

Royette Prescott
160 Columbus Avenue
67th street
New York N.Y. 10023
Phone: 212 362-6800
(Housekeeping Supervisor)

Robert Kram
General Manager
160 Columbus Avenue
67th street
New York N.Y. 10023
Phone 212 362-6800
212 501-1449

✓       Other acts (specify): Defamation of Character. Harassment from other Co-workers.

   Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.

B. It is my best recollection that the alleged discriminatory acts occurred on: 07-14-2011 07-15-2011 - 07-26, 2011 (Date(s))

C. I believe that defendant(s) (check one):

   _____ is still committing these acts against me.

   ✓ is not still committing these acts against me.

D. Defendant(s) discriminated against me based on my (check only those that apply and explain):

   ✓ race   LATiNO                color _____

   ☐ gender/sex _____        ☐ religion _____

   ✓ national origin  Puerto Rican

   ☐ age. My date of birth is _____ (Give your date of birth only if you are asserting a claim of age discrimination.)

   ✓ disability or perceived disability, I broke my (specify) middle finger on my right hand in an old dryer,

E. The facts of my case are as follow (attach additional sheets as necessary): on 03/27/2010, after this I felt that the management was on top of me, I was pressure to be very productive while other people that works with me never be fitted, or reprimended. On July 15, 2011 a friday I believe I were descriminated based on my - see attach -

   Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, the New York State Division of Human Rights or the New York City Commission on Human Rights.

III. **Exhaustion of Federal Administrative Remedies**:

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding defendant's alleged discriminatory conduct on: _____ December 2011 _____ (Date).

B. The Equal Employment Opportunity Commission (check one):

*Rev. 07/2007*                                    3

race, my national origin by Mr. Ian Tooley, He suspended me, for the mere half of banana, and in fact He didn't suspended & ultimately fired another woman named Martha Jackson for taking an over ripped banana and eted, in fact he lied to the supervisor in Boston when He stated that I never apologize or care for what I did. on the week of July 15, 2011 through July 26, 2011 I dont received any conseling, preventive measures or correctine ways to avoid my termination (my JOB) the only sole of income that I have.

And finally as I stated before on 2/21/12 my case is also based on Relatiation, for complaints that I made on the co-workers for Harasment & defamation of character. Thank you.

_____   has not issued a Notice of Right to Sue letter.
__✓____   issued a Notice of Right to Sue letter, which I received on 0/-10-2012 (Date).

*Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.*

C. Only litigants alleging age discrimination must answer this Question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct *(check one)*:

_____   60 days or more have elapsed.
_____   less than 60 days have elapsed.

## IV. Relief:

WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, and costs, as follows: __Wrongful Termination of my Job. Emotional distress, pain & suffering, discrimination against my person - Harassment.__
*(Describe relief sought, including amount of damages, if any, and the basis for such relief.)*  $300.000

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___ day of _____, 20___.

Signature of Plaintiff _____
Address  862 - 9th avenue
         apt 2B
         new York N.Y.C.
         10019
Telephone Number  646-318-2669
Fax Number *(if you have one)* _____

*Rev. 07/2007*                              4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# 12 CIV. 1311

ELSA RAMOS

_(In the space above enter the full name(s) of the plaintiff(s).)_

**COMPLAINT
FOR EMPLOYMENT
DISCRIMINATION**

-against-

Millennium Partners Sports Club Management, LLC

Jury Trial:  ☑ Yes   ☐ No
(check one)

_(In the space above enter the full name(s) of the defendant(s).
If you cannot fit the names of all of the defendants in the space
provided, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of names.
Typically, the company or organization named in your charge
to the Equal Employment Opportunity Commission should be
named as a defendant. Addresses should not be included here.)_

This action is brought for discrimination in employment pursuant to: _(check only those that apply)_

_____  Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).
**NOTE:** _In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission._

_____  Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 - 634.
**NOTE:** _In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission._

_____  Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 - 12117.
**NOTE:** _In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission._

_____  New York State Human Rights Law, N.Y. Exec. Law §§ 290 to 297 (age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic chacteristics, marital status).

✓  New York City Human Rights Law, N.Y. City Admin. Code §§ 8-101 to 131 (actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status).

[RECEIVED FEB 21 2012 PRO SE OFFICE]

Rev. 05/2010                                   1

I.  **Parties in this complaint:**

A.  List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name   ELSA RAMOS
Street Address   802 - ninth avenue Apt 2B
County, City   New York City
State & Zip Code   New York   10019
Telephone Number   646-318-2669   646-570-8214

B.  List all defendants' names and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant   Name   Millennium Partners Sports Club mgmt
Street Address   172 tremont Street, 3rd floor
County, City   Boston
State & Zip Code   Massachusetts   02111
Telephone Number   617-476-8910

C.  The address at which I sought employment or was employed by the defendant(s) is:

Employer   Reebok Sports club ny.
Street Address   160 Columbus ave
County, City   Manhattan   new york city
State & Zip Code   New York,   10023
Telephone Number   (212) 362-6800

II.  **Statement of Claim:**

State as briefly as possible the facts of your case, including relevant dates and events. Describe how you were discriminated against. If you are pursuing claims under other federal or state statutes, you should include facts to support those claims. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. The discriminatory conduct of which I complain in this action includes: *(check only those that apply)*

____  Failure to hire me.

✓    Termination of my employment.

____  Failure to promote me.

____  Failure to accommodate my disability.

✓    Unequal terms and conditions of my employment.

*Rev. 05/2010*                                    2

✓   Retaliation.

✓   Other acts (specify): Harasment from other employees

Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.

B.  It is my best recollection that the alleged discriminatory acts occurred on: 07-14-11
    07-15-11 — 07-26-11           Date(s)

C.  I believe that defendant(s) (check one):

    ___  is still committing these acts against me.

    ✓   is not still committing these acts against me.

D.  Defendant(s) discriminated against me based on my (check only those that apply and explain):

    ☐ race _____      ☐ color _____

    ☐ gender/sex _____    ☐ religion _____

    ☐ national origin _____

    ☐ age.  My date of birth is _____ (Give your date of birth only if you are asserting a claim of age discrimination.)

    ☐ disability or perceived disability, _____ (specify)

E.  The facts of my case are as follow (attach additional sheets as necessary):

My case is base on Retaliation, for my complants, due to harasment for other co-workers.

Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, the New York State Division of Human Rights or the New York City Commission on Human Rights.

III.  **Exhaustion of Federal Administrative Remedies:**

A.  It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding defendant's alleged discriminatory conduct on: _____ December 2011 (Date).

Rev. 05/2010                                    3

B.  The Equal Employment Opportunity Commission *(check one)*:

  _____ has not issued a Notice of Right to Sue letter.

  ✓ issued a Notice of Right to Sue letter, which I received on _01-10-12_ *(Date)*.

  *Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.*

C.  Only litigants alleging age discrimination must answer this Question.

  Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct *(check one)*:

  _____ 60 days or more have elapsed.

  _____ less than 60 days have elapsed.

## IV. Relief:

WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, and costs, as follows: _____

_Wrongful termination of my job,_
_Emotional distress_                    _100,000_

*(Describe relief sought, including amount of damages, if any, and the basis for such relief.)*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this \_\_\_ day of _____, 20\_\_\_.

Signature of Plaintiff _[signature]_

Address _802 9th avenue_
_apt 2B_
_New York N.Y.C. 10019_

Telephone Number _646-318-2669_

Fax Number *(if you have one)* _____

EEOC Form 161 (11/09)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Elsa Ramos<br>802 Ninth Avenue, Apt. #2B<br>New York, NY 10019 | From: | New York District Office<br>33 Whitehall Street<br>5th Floor<br>New York, NY 10004 |
|---|---|---|---|

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 16G-2011-04237 | Holly M. Woodyard,<br>Investigator | (212) 336-3643 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[X] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_____      January 10, 2012
Kevin J. Berry,     *(Date Mailed)*
District Director

Enclosures(s)

cc:     MILLENNIUM PARTNERS SPORTS CLUB MAN
       Attn: Director of Human Resources
       172 Tremont Street, Third Floor
       Boston, MA 02111